IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE NW
WASHINGTON, DC 20001

CRAIG (NO LAST NAME)
SSN 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, DISABLED INDIVIDUAL
THE GAY SANCTUARY
1400 20TH STREET NW, APT. 816
WASHINGTON, DC 20036-5906
TEL: 202 248-7077
    Plaintiff below,

vs.

Case: 1:08-cv-01245
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/18/2008
Description: Civil Rights-Non. Employ.

FILED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. THE HONORABLE UNITED STATES GOVERNMENT ET AL
2. THE HONORABLE DISTRICT OF COLUMBIA GOVERNMENT ET AL
3. THE HONORABLE SAINT ELIZABETH'S PSYCHIATRIC HOSPITAL ET AL
4. THE HONORABLE PATRICK J. CANAVAN, CEO, SAINT ELIZABETH'S PSYCHIATRIC HOSPITAL ET AL
2700 MARTIN LUTHER KING JUNIOR AVENUE SE
WASHINGTON, DC 20032
TEL: 202-898-1880
    Defendants below,

RECEIVED
JUL - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

#2. For this Honorable Court

COMPLAINT AND PETITION FOR INJUNCTIVE RELIEF

1

## COMPLAINT AND PETITION FOR INJUNCTIVE RELIEF

Comes now the Plaintiff, CRAIG (NO LAST NAME), a disabled individual, who herein alleges, states, and provides the following:

1. I, Craig, through the grace of the true God of love, evoke the Americans with Disabilities Act. It is a federal crime to coerce/intimidate/threaten/interfere with my disability, extreme Post Traumatic Stress Disorder. I am the one who sets the ground rules, i.e., reasonable accommodation. Based on the facts, Saint Elizabeth's Psychiatric Hospital is a threat to me, is a threat to my health, is a threat to my life.

2. I, Craig, do this in honor of my Sainted Mother, Elizabeth.

3. I, Craig, request the sum of three million dollars ($3,000,000) in compensatory damages.

4. I, Craig, request the sum of three billion dollars ($3,000,000,000) in punitive damages. As in all of my claims, the jury award is to go into the Saint Elizabeth Mastrangelo-Lundien Foundation, 501 (c)(3) non-profit (1) for the eradication of child abuse through education, (2) for the eradication of homelessness through education and (3) for the eradication of discrimination against psychiatric disability through education.

5. Pro bono attorneys.

6. A judge and a jury open to the public.

7. The Defendants have discriminated against the Plaintiff's disability, i.e., Post Traumatic Stress Disorder and have violated the Americans with Disabilities Act of 1990, the Rehabilitation Act of 1973, the DC Human Rights Act of 1977, the HUD Fair Housing Act of 1988 as amended, the Civil Rights Act of 1964, and ultimately the U.S. Constitution, the First, Fourth and Fourteenth Amendments.

8. I, Craig, claim that I am **EMOTIONALLY DISABLED ADULT VICTIM OF CHILD ABUSE**, the trauma being medically speaking extreme Post Traumatic Stress Disorder, the child abuse being extreme physical abuse, sexual abuse and verbal abuse from my dead abusive father, Herbert Marcus Lundien II, i.e. Mr. Lundien.

9. When I, Craig, reported that I was raped by another patient and requested the police and the rape kit, the staff in the employ of Defendant No. 3, Psych Tech Hilton and Psych Nurse Koomsom, subjected me to ridicule, told him to go and get raped again and refused to report the incidents of rape to the proper legal authorities. I, Craig, requested a rape kit after these rapes, but the staff mocked me and refused to help me, which led to me fainting.

10. I, Craig, was raped by the fellow patient who goes by the name of Ra Ra.

11. I, Craig, attempted suicide in the DC Superior Court on May 25, 2006 because of the violations of my Constitutional and Civil Rights. I, Craig, claim that I am in Saint Elizabeth's Psychiatric Hospital and will amend this complaint in the future with the help of others.

12. Example: on January 20, 2008, Lamont Riley savagely beat me in the Day Room filled with witnesses during my stay at Saint Elizabeth's Psychiatric Hospital.

13. I request injunctive relief: release me from Saint Elizabeth's Psychiatric Hospital because it is a threat to my life. A partial list of the people who have violated me: Dr. Sweda, Ph. D., who violated the Fourth Amendment, he violated my right to privacy; Dr. Nicole Raphanello, Ph. D.; Dr. Beth Gouse, Ph. D.; Dr. Canavan, Ph. D.; Dr. Adewale, Psychiatrist; Ms. Jackson; Psych Tech Rob.

14. I, Craig, hold Saint Elizabeth Psychiatric Hospital 100% responsible for violating the Americans with Disabilities Act against my Post Traumatic Stress Disorder disability.

Respectfully submitted,

*Craig*

CRAIG (NO LAST NAME)
*pro se in forma pauperis*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS
Craig

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
District of Columbia, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-01245
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/18/2008
Description: Civil Rights-Non. Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☒ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 12101

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 4 billion   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 7/18/08   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips or completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

i:\forms\js-44.wpd