FILED
JUL 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig (No Last Name), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 1245 |
| ) | |
| District of Columbia Government *et al.*, ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on its initial review of the complaint brought *pro se* and plaintiff's application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff sues the United States, the District of Columbia, the District's Saint Elizabeths Psychiatric Hospital and its Chief Executive Officer Patrick J. Canavan for alleged discrimination based on his disability of Post-Traumatic Stress Disorder. Plaintiff alleges, *inter alia*, that during his stay at the hospital, staff ridiculed him when he reported that another patient had raped him and that he was "savagely beat[en] in the Day Room filled with witnesses . . . ." Compl. at 3. Plaintiff "hold[s]" the hospital "100% responsible for violating the Americans with Disabilities Act against my Post Traumatic Stress Disorder disability." *Id.* at 4. Plaintiff seeks injunctive relief and monetary damages exceeding $3 billion. The complaint allegations do not implicate the United States in any wrongdoing. Accordingly, it is

ORDERED that the application to proceed *in forma pauperis* [Dkt. No. 2] is GRANTED; it is



3

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915(e), the complaint against the United States Government is DISMISSED without prejudice; and it is

FURTHER ORDERED that the Clerk shall randomly assign this civil action against the remaining District of Columbia defendants to a district judge for further proceedings.

*[signature]*
United States District Judge

Date: July 15, 2008