# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig (No Last Name), | |
| Plaintiff, | |
| v. | C.A. No.: 08-1245 (RMC) |
| District of Columbia, *et al*. | |
| Defendants. | |

## DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant District of Columbia, by and through counsel, and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court for an enlargement of time to file a response to plaintiff's Complaint, up to and including September 12, 2008, and as grounds states as follows:

1. Plaintiff filed his Complaint in this matter on July 18, 2008, against the District of Columbia. Plaintiff alleges that the defendants have discriminated against his disability and have violated the American with Disabilities Act of 1990, the Rehabilitation Act of 1973, the DC Human Rights Act of 1977, the HUD Fair Housing Act of 1988 as Amended, the Civil Rights Act of 1964 and the United States Constitution's First, Fourth and Fourteenth Amendments. *See* Complaint at ¶ 7.

2. According to court's docket, the District of Columbia was served with the Complaint on or about July 29, 2008. If plaintiff's service was proper, this defendant's response to plaintiff's Complaint was due on or about August 18, 2008. Plaintiff has not fully identified himself within the complaint. Undersigned counsel requires additional time to review the allegations set forth in plaintiff's Complaint, obtain any records relating to plaintiff, and to

prepare this defendant's response. Due to administrative error, this case was not properly calendared for a response.

3. Fed. P. Civ. R. 6(b)(2) provides that "upon motion made after the expiration of the specified period [the Court may] permit the act to be done where the failure to act was the result of excusable neglect…." The District moves to extend the time to file a responsive pleading to plaintiff's Complaint until September 12, 2008.

4. This defendant believes that it has satisfied the requirements of Rule 6(b)(2), and no party will be unduly prejudiced by the grant of the requested relief. Undersigned counsel was unable to contact plaintiff regarding the relief herein sought. However, plaintiff avers that he is housed at the Gay Sanctuary. However, he avers that St. Elizabeth's is a threat to him, and claims he is emotionally disabled. Based on these averments, plaintiff may not be mentally competent to provide this defendant with consent to the requested relief.

In further support of its motion, this defendant has attached hereto, a memorandum of points and authorities in support of its Motion for Enlargement of Time to File a Response to Plaintiff's Complaint.

        Respectfully submitted,

        PETER J. NICKLES
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Patricia A. Jones
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

    /s/ Leticia L. Valdes
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 730-1881

## CERTIFICATE PURSUANT TO RULE 7(m)

I hereby certify that on August 19, 2008, the undersigned placed a call to the number provided by the plaintiff in his Complaint, (202) 248-7077, and the number is disconnected. Undersigned counsel was unable to get in touch with the plaintiff. Therefore this motion should be treated as contested.

    /s/ Leticia L. Valdes
LETICIA L. VALDES

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2008, a copy of the foregoing Defendant District of Columbia's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint was mailed, postage prepaid to:

Craig  (No Last Name)
The Gay Sanctuary
1400 20th Street NW,
Apt. 816
Washington, DC 20036-5906

    /s/ Leticia L. Valdes
LETICIA L. VALDES

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Craig (No Last Name),<br><br>    Plaintiff,<br><br>    v.<br><br>The United States Government, *et al*.<br><br>    Defendants. | C.A. No.: 08-1245 (RMC) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

In support of its Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, defendant District of Columbia herein submits and relies upon the following authorities:

1. Fed. R. Civ. P. 6(b)(2);

2. The entire record herein;

3. Judicial economy;

4. The lack of undue prejudice to the parties;

5. The Court's equitable powers.

                          Respectfully submitted,

                          PETER J. NICKLES
                          Acting Attorney General for the District of Columbia

5

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


   /s/ Patricia A. Jones
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

   /s/ Leticia L. Valdes
LETICIA L. VALDES [461327]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 730-1881

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Craig (No Last Name),<br><br>    Plaintiff,<br><br>    v.<br><br>The United States Government, *et al*.<br><br>    Defendants. | C.A. No.: 08-1245 (RMC) |

### **ORDER**

Upon consideration of defendant District of Columbia's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint, plaintiff's Opposition thereto if any, it is by the Court this _____ day of _____, 2008,

ORDERED:   that the defendant's Motion for Enlargement of Time to File a Response to Plaintiff's Complaint is hereby GRANTED, and it is,

FURTHER ORDERED: that defendant District of Columbia's response to plaintiff's Complaint shall be filed on or before September 12, 2008.

_____
Judge Rosemary M. Collyer

Copies:

Craig  (No Last Name)
The Gay Sanctuary
1400 20th Street NW,
Apt. 816
Washington, DC 20036-5906